# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAREN ATKINSON, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-CV-0231 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| GENPACT SERVICES, LLC, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 31ST DAY OF JANUARY, 2017**, upon consideration of the parties' stipulation of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Doc. 16), **IT IS HEREBY ORDERED THAT**:

1. The above-captioned action is **DISMISSED** with prejudice and without costs.

2. The Clerk of Court is directed to **CLOSE** the case.

/s/ William J. Nealon
**United States District Judge**